[Civil No. 461.]

JAKE MARKS, Appellant, v. SAN FRANCISCO BREW-
ERIES COMPANY LIMITED, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. J. J. Hawkins,
Judge.

Herndon & Norris, for Appellant.

T. W. Johnston, and L. M. Hoefler, for Appellee. Garber,
Boalt & Bishop, of Counsel.

July 30, 1895. Affirmed.

---

[Civil No. 462.]

FRED G. BRECHT, Appellant, v. SAN FRANCISCO
BREWERIES COMPANY LIMITED, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. J. J. Hawkins,
Judge.

Herndon & Norris, for Appellant.

T. W. Johnston, and L. M. Hoefler, for Appellee. Garber,
Boalt & Bishop, of Counsel.

July 10, 1895. Affirmed.

---

[Civil No. 473.]

ANNIE CADMAN, Administratrix of the Estate of John
Cadman, Deceased, Plaintiff in Error, v. THE OLD DO-
MINION COPPER COMPANY, a Corporation, De-
fendant in Error.

WRIT OF ERROR from the District Court of the Second
Judicial District in and for the County of Gila. Owen T.
Rouse, Judge.

Barnes & Martin, for Plaintiff in Error.

Fitch & Campbell, for Defendant in Error.

July 10, 1895. Dismissed.